**FILED**

OCT 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT ~~COURT~~

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary L. Smith, #52962-019<br>DOB 150160<br>Atlanta, GA 30315     Plaintiff, | CASE NUMBER  1:06CV01797<br><br>JUDGE: Unassigned<br><br>DECK TYPE: Pro se General Civil<br><br>DATE STAMP: 10/18/2006 |

V

FEDERAL BUREAU OF PRISONS,
  a/k/a DEPT. OF JUSTICE,
                Defendant,

COMPLAINT

CASE RE-ASSIGNED

JAN 1 2 2006

TO: ROBERTS, J. RWR

COMPLAINT

COMES NOW, Gary L. Smith, Pro Se Plaintiff, and submits this Complaint to this Honorable Court pursuant to the Freedom of Information Act ("FOIA"), Title 5 U.S.C. § 552.

The Plaintiff sues the Federal Bureau of Prisons, a/k/a Department of Justice, for cause of action put forth herein.

RECEIVED

SEP 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

— 1 —

## JURISDICTION

1. This Court has jurisdiction pursuant to Title 5 U.S.C. § 552, the Freedom of Information Act.

## PARTIES

2. The Plaintiff, Gary L. Smith, is a resident of Floridia, committed as a prisoner to the custody of the United States Federal Government, through its attorney general, who is warehoused at various locations of the Federal Bureau of Prisons. The Plaintiff current address is: P.O. Box 150160; Atlanta, Georgia; 30315. The Plaintiff's federal registration number is: 52962-019

3. The Defendant, Federal Bureau of Prisons, is an administrative organization within the United States Federal government. Its offices are located 320 First Street, N.W.; Washington, D.C.; 20534.

- 2 -

## FACTS

4. On various dates, the Plaintiff filed FOIA requests to the Defendant requesting:

- Various Program Statements;
- Various Tort Claims; and
- Organizational chart (structure) of the mail room at FCI Gilmer.

These requests were documented as request numbers: 2005-07261, 2005-07499; 2005-07734; 2005-07736; and 2005-07742. The Defendant ALWAYS treated these requests as seperate and individually.

5. The Defendant denied each request based on the request of a waiver of fees. However, each request is less than 100 pages, the threshhold before an

---

1. The FBOP has "conviently" lost all of the Plaintiff's FOIA requests filed to the FBOP. (See Tort Claim TRT-SER-2006 04649).

-3-

agency applies fees. See 28 CFR 16.11(c).

6. The Plaintiff timely appealed the FBOP's denial. The appeals were assigned numbers 06-0556, 06-0557, 06-0558, 06-0559 and 06-0560. On July 31, 2006, the Defendant denied the information to the Plaintiff. The Plaintiff was instructed to see judicial review by Daniel J. Metcalf.

## RELIEF

7. Since each request individually is less than 100 pages, the Plaintiff requests this Court compel the Defendant to produce all the information sought.

8. The Plaintiff request the Defendant bear all costs and fees associated with this action.

9. The Plaintiff requests any other relief deemed necessary by this Court.

— 4 —

10. The Plaintiff also asks this Court to compel the Defendant to return the matierials they seized from the Plaintiff.

Respecfully submitted

Date. 16-Sept-06

Gary L Smith, Pro Se
#52962-019
P.O. Box 150160
Atlanta, Georgia 30315

RECEIVED
SEP 2 5 2006