FILED

OCT 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

Gary L. Smith, #52962-019                    )
POB 150160                    Plaintiff,     )
Atlanta, GA  30315                           )
                                             )
V.                                           )
                                             )
                                             )
                                             )
FEDERAL BUREAU OF PRISONS,                   )
   a/k/a DEPT. OF JUSTICE,                    )
                    Defendant.               )


## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

COMES NOW, Gary L. Smith, Pro Se Plaintiff, and respectfully moves this Honorable Court to allow the Plaintiff to submit a Complaint in the above title without requiring the Plaintiff to pre-pay the required filing fees.

RECEIVED

SEP 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,

Date: 16-Sept-06

Gary L. Smith, Pro Se
#52962-019
P.O. Box 150160
Atlanta, Georgia  30315

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Gary L. Smith,

                        Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
   a/k/a DEPT. OF. JUSTICE,
                        Defendant.

## AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPRIS

I, Gary L. Smith, affirm under penalty of perjury under the laws of the United States of America that the following is true and correct to the best of my knowledge:

1) I am the Plaintiff in the above entitled action;

2) I am unable to pay the costs of these proceedings and I am entitled to relief sought in the complaint;

— 1 —

3) I am presently incarcerated at FCI Atlanta;

4) I am currently unemployed. My last employment was in June 2006, with my monthly earnings less than $20.00;

5) I have received gifts from my family in the past twelve months, with a monthly average of less than $20.00;

6) I have an inmate savings account with less than $10.00 available balance;

7) I have no other dependants;

8) I currently have sixty percent (60%) of ANY monies deposited in my inmate account encumbered;

9) The staff at FCI Atlanta have refused to provide me a copy of my inmate account.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Executed on: 16-Sept-06        by: Gary L. Smith, Pro Se

− 2 −