IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gary L. Smith,
         Plaintiff

V.

Federal Bureau of Prisons,
         Defendant.

Case No: 06cv1797 UNA

FILED
DEC 14 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Judicial Notice

COMES NOW, Gary L. Smith, Pro Se Plaintiff, and hereby gives this Court notice on its order filed on October 18, 2006, that the Plaintiff has requested numerous times to obtain a copy of his inmate account from the Defendant, but the Defendant has ignored his requests.

The Plaintiff is in the Special Housing Unit at FCI Atlanta. According to the Defendant's own Policy, a member of the Plaintiff's Unit Team should see the Plaintiff daily. This does not occur. The Plaintiff is sending written requests to his Unit Team, but as of this date, there has

-1-

4

been no response from the Plaintiff's Unit Team.

    The Plaintiff is suggesting a Court Order to the Defendant to produce a copy of the Plaintiff's account summary.

Respectfully submitted

Date: 6-Nov-06

Gary L Smith, Pro Se

#52962-019
PO Box 150160
Atlanta, Georgia 30315

-2-