UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GARY L. SMITH,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**FEDERAL BUREAU OF PRISONS,** )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1797 (RWR) |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Sherease Louis, Special Assistant United States Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

 /s Sherease Louis
SHEREASE LOUIS (NY SL7322)
Special Assistant United States Attorney
555 Fourth St., N.W.,
Washington, D.C. 20530
202-307-0895/ FAX 202-514-8780
sherease.louis@usdoj.gov