UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY L. SMITH, )<br>)<br>    Plaintiff, )<br>        v. )<br>)<br>FEDERAL BUREAU OF PRISONS, )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 06-1797 (RWR) |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE
OR OTHERWISE RESPOND TO THE COMPLAINT**

Federal defendant, the Federal Bureau of Prisons ("BOP"), hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an enlargement of time of 30 days, up to and including May 2, 2007, to answer, move or otherwise respond to plaintiff's Complaint. No previous enlargements have been sought by or granted to the United States for these purposes. Since the *pro se* plaintiff is incarcerated, it is impracticable for the undersigned counsel to confer with him about this Motion.[1] See Compl. caption. The grounds for this request are as follows:

1.   The undersigned counsel began working at the U.S. Attorney's Office on February 28, 2007, and was recently assigned to this case. The Complaint arises under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), which would typically require the filing of a response within 30 days.

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel" and any non-incarcerated parties appearing *pro se.* It does not require counsel to discuss those motions with incarcerated *pro se* parties. This is consistent with Local Civil Rule 16.3(a), which excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

2. Service of the Summons and Complaint was executed on BOP on February 21, 2007, and on the Attorney General and the U.S. Attorney on March 1, 2007. According to Pacer's Civil Docket Report, defendant's Answer is due on April 30, 2007, sixty days after service on the U.S. Attorney was executed. Defendant acknowledges, however, that the FOIA provides for a shortened period of thirty days for filing an Answer and, therefore, is filing this enlargement notwithstanding the docket.

3. The Complaint requires coordination with the BOP for the filing of defendant's response. *See* Attachment A: Declaration of Lara Crane.

4. The undersigned counsel has been unable to complete the discussions and coordination with the BOP that would be necessary for the filing of defendant's response by April 2, 2007. Out of an abundance of caution, Defendant requests an enlargement of time until May 2, 2007, to respond to the Complaint.

5. The additional time requested will provide undersigned counsel with the opportunity to confer with the BOP with regard to this action. The requested enlargement should not cause undue delay or prejudice to plaintiff in the ultimate disposition of this case.

      6.      This extension is sought in good faith.

Accordingly, defendant respectfully requests that the Motion be granted. A proposed order is attached.

                            Respectfully submitted,

                              _____Jeffrey Taylor_____
                              JEFFREY A. TAYLOR, D.C. BAR # 498610
                              United States Attorney

                              _____Rudolph Contreras_____
                              RUDOLPH CONTRERAS, D.C. BAR # 434122
                              Assistant United States Attorney

                              _____s/Sherease Louis_____
                              SHEREASE LOUIS
                              Special Assistant United States Attorney
                              United States Attorney's Office
                              Civil Division
                              555 4th Street, N.W.
                              Washington, D.C. 20530
                              (202) 307-0895

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 28th day of March 2007, a true and correct copy of the foregoing motion and proposed order were served via First Class prepaid postage as follows:

**GARY L. SMITH**
R52962-019
ATLANTA UNITED STATES PENITENTIARY
P.O.Box 150160
Atlanta, GA 30315

                                                        /s Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 307-0895

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY L. SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, a/k/a<br>DEPARTMENT OF JUSTICE,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.1:06-01797<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF LARA CRANE

I, Lara Crane, hereby declare and state the following:

1. I am currently employed by the Federal Bureau of Prisons (BOP) as an Attorney Advisor at the Consolidated Legal Center located at the Federal Correctional Institution ("FCI") Beckley, West Virginia. I have held my current position since October 2005.

2. The Beckley Consolidated Legal Center oversees legal matters arising at various Bureau of Prisons institutions, including matters that arise at FCI Gilmer, West Virginia.

3. I prepare this declaration in support of the government's motion to enlarge time for a responsive pleading in the above referenced matter. My office did not learn of this lawsuit until late February 2007, at which time the response date of April 23, 2007 was taken from the Court docket on PACER. Because this action arises under FOIA, it appears this date is incorrect.

4. A response to this complaint will require coordination between my office and the BOP Freedom of Information Act counsel to determine, among other things, the outcome of Plaintiff's administrative appeals. Additionally, the Supervisory Attorney in this office, and I, are scheduled to be out of the office traveling for other cases on March 29 and March 30, 2007, which would render it difficult to draft a response in this case prior to April 2, 2007.

In accordance with 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: March 27, 2007

Lara Crane
Attorney Advisor
Federal Bureau of Prisons
Consolidated Legal Center
FCI Beckley, WV

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GARY L. SMITH,** | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1797 (RWR) |
| | ) |
| **FEDERAL BUREAU OF PRISONS,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

UPON CONSIDERATION of the *Defendant's Unopposed Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint, and Declaration in Support Thereof,* and for good cause shown, it is by the Court,

ORDERED that the defendant's motion should be and is hereby granted, and thus, defendant shall have up to and including May 2, 2007, to respond to plaintiff's Complaint.

SO ORDERED.

_____          _____
DATE                             RICHARD W. ROBERTS
                                 UNITED STATES DISTRICT COURT JUDGE

Copies to:
*Pro se* Plaintiff          Gary L. Smith
                            R52962-019
                            Atlanta United States Penitentiary
                            P.O. Box 150160
                            Atlanta, GA 30315


Counsel for Defendant       Sherease Louis
                            U.S. Attorney's Office for the District of Columbia
                            555 Fourth Street, N.W.
                            Washington, D.C. 20530