IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gary L Smith,
            Plaintiff,

v.                                     Case No: 1:06-CV-01797-RWR

FEDERAL BUREAU OF PRISONS,
            Defendant.

RECEIVED
JUN 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF'S OBJECTIONS TO MOTION TO DISMISS

Comes Now, Gary L Smith, Pro Se Plaintiff and hereby objects to the Defendant's motion for summary judgment for the following reasons:

1) The Plaintiff never received notice that the FBOP consolidated his requests (the August 30, 2005 letter) A.R. 6

2) The ~~BOP~~ Department of Justice has treated the five

-1-

requests as five seperate issues. (AR15) Since the five issues were seperate on appeal, the Plaintiff is entitled to receive the first 100 pages of each request, free of any fees.

3) This court shall deny the Defendant's motion and compel the Defendant to provide the Plaintiff with 100 pages of each request.

Date: 8-Jun-07

Respectfully submitted,

*[signature]*

Gary L Smith, Pro Se

#52962-019
P.O. Box 1034
Coleman, Florida 33521-1034

## CERTIFICATE OF SERVICE

I, Gary L Smith, hereby certify that a true and correct copy of the foregoing Plaintiff's Objections to Motion to dismiss has been sent via First Class, Postage Pre Paid Mail using the United States Postal Service on this 8th day of June 2007 and addressed to the following parties:

United States District Court
attn: Clerk of the Court
333 Constitution Avenue, NW
Washington, DC 20001

Sherease Louis
Special Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530

Date: 8-Jun-07      by: _____
                        Gary L Smith