UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GARY L. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1797 (RWR) |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| ) | |
| Defendant. ) | |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that defendant's motion to dismiss or for summary judgment [Dkt. No. 12] is GRANTED; and it is further

ORDERED that plaintiff's aggregation claim is dismissed and judgment is entered for the defendant on plaintiff's fee waiver claim. This is a final appealable Order.

_____/s/_____
RICHARD W. ROBERTS
DATE: October 19, 2007                United States District Judge