UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY L. SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>) Case Number: 06-1797 (RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christopher B. Harwood and remove the appearance of Special Assistant United States Attorney Sherease Louis as counsel of record for Defendant in the above-captioned action.

Dated: November 28, 2007　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Christopher B. Harwood
　　　　　　　　　　　　　　　　　　　CHRISTOPHER B. HARWOOD
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　555 Fourth St., N.W.
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　Phone: (202) 307-0375
　　　　　　　　　　　　　　　　　　　Fax: (202) 514-8780
　　　　　　　　　　　　　　　　　　　Christopher.Harwood@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of November, 2007, I caused the foregoing Notice of Substitution of Counsel to be filed via the Court's Electronic Case Filing system, and to be served upon Plaintiff by first-class mail, postage prepaid, addressed as follows:

GARY L. SMITH  
#52962-019  
P.O. Box 34550  
Memphis, Tennessee 38184-0550

        /s/  Christopher B. Harwood  
    CHRISTOPHER B. HARWOOD